MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER (SBN 154842)
ndiller@morganlewis.com
ALISON B. WILLARD (SBN 268672)
awillard@morganlewis.com
ANGEL T. LIN (SBN 255682)
alin@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     415.442.1000
Fax:    415.442.1001

Attorneys for Defendant
SUNGARD DATA SYSTEMS, INC.

JOSEPH J. M. LANGE LAW CORPORATION
Joseph J.M. Lange (S/B 128115)
jlange@jlangelaw.com
222 North Sepulveda Blvd., Suite 2000
El Segundo, CA 90245
Tel: (310) 414-1880
Fax: (310) 414-1882

Attorney for Plaintiff
MONIKA SEXTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA SEXTON,<br><br>           Plaintiff,<br><br>    vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY; SUNGARD DATA SYSTEMS INC.; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 12-CV-00736-JAM-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SUNGARD TO RESPOND TO COMPLAINT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME FOR
SUNGARD TO RESPOND TO COMPLAINT
12-CV-00736-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Monika Sexton and Defendant SunGard Data Systems, Inc. ("SunGard"), by and
2  through their respective counsel, hereby stipulate to a two-week extension of time for SunGard
3  to move, answer or otherwise respond to Plaintiff's Complaint as follows:

4  WHEREAS, on April 19, 2012, pursuant to Local Rule 144, the parties stipulated to
5  extend the time for SunGard to move, answer or otherwise respond to Plaintiff's Complaint by 28
6  days, from April 23, 2012 to May 21, 2012;

7  WHEREAS, SunGard has reviewed Plaintiff's complaint and believes that deficiencies in
8  one or more claims pled against SunGard may warrant SunGard's filing a motion to dismiss
9  pursuant to Federal Rule of Civil Procedure 12(b)(6);

10 WHEREAS, SunGard's counsel and Plaintiff's counsel are in the process of meeting and
11 conferring, including exchanging supporting legal authority, regarding the bases for such a
12 motion;

13 WHEREAS, counsel for SunGard and Plaintiff believe that their meet and confer efforts
14 may obviate SunGard's contemplated motion to dismiss;

15 WHEREAS, SunGard and Plaintiff have agreed that additional time is necessary to
16 complete their meet and confer efforts;

17 WHEREFORE, SunGard and Plaintiff hereby stipulate, and respectfully request the
18 Court to order, as follows:

19 The deadline for SunGard to move, answer or otherwise respond to Plaintiff's Complaint
20 shall be extended by two weeks, from May 21, 2012 to June 4, 2012.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME FOR
SUNGARD TO RESPOND TO COMPLAINT
12-CV-00736-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated: May 14, 2012                                 MORGAN, LEWIS & BOCKIUS LLP
                                                    NICOLE A. DILLER
                                                    ALISON B. WILLARD
                                                    ANGEL T. LIN


                                                    By  /s/  Alison B. Willard
                                                        NICOLE A. DILLER
                                                        ALISON B. WILLARD
                                                        Attorneys for Defendant
                                                        SUNGARD DATA SYSTEMS, INC.

Dated:  May 14, 2012                                JOSEPH J. M. LANGE LAW CORPORATION
                                                    JOSEPH LANGE



                                                    By  /s/ Joseph Lange (As authorized May 22, 2012)
                                                        JOSEPH LANGE
                                                        Attorney for Plaintiff
                                                        MONIKA SEXTON




**IT SO ORDERED.**


Dated:  May 14, 2012                                /s/ John A. Mendez
                                                    HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                                    STIPULATION AND [PROPOSED] ORDER
                                        3           FOR EXTENSION OF TIME FOR
                                                    SUNGARD TO RESPOND TO COMPLAINT
                                                    12-CV-00736-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com