REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA SEXTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY; SUNGARD DATA SYSTEMS, INC.; and DOES 1 through 10, inclusive,<br><br>          Defendants. | No.: 2:12-CV-00736-JAM-EFB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MINNESOTA LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>The Honorable John A. Mendez<br><br>Compl. Filed:   March 21, 2012<br>FAC Filed:  June 1, 2012<br>Trial Date:      None set |

– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

1      Upon due consideration of the parties' Stipulation to Extend Time for

2   Defendant Minnesota Life Insurance Company to Respond to Plaintiff's First

3   Amended Complaint and finding good cause therefore,

4

5      IT IS HEREBY ORDERED that Defendant Minnesota Life Insurance Company

6   shall respond to Plaintiff's First Amended Complaint on or before July 2, 2012.

7

8   Dated:   June 18, 2012

9

10               /s/ John A. Mendez
                  The Honorable John A. Mendez
11              UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

PDF created with pdfFactory trial version www.pdffactory.com