REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MONIKA SEXTON,

Plaintiff,

vs.

MINNESOTA LIFE INSURANCE COMPANY; SUNGARD DATA SYSTEMS, INC.; and DOES 1 through 10, inclusive,

Defendants.

No.: 2:12-CV-00736-JAM-EFB

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MINNESOTA LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

The Honorable John A. Mendez

Compl. Filed: March 21, 2012
FAC Filed: June 1, 2012
Trial Date: None set

PDF created with pdfFactory trial version www.pdffactory.com

Upon due consideration of the parties' Stipulation to Extend Time for Defendant Minnesota Life Insurance Company to Respond to Plaintiff's First Amended Complaint and finding good cause therefore,

IT IS HEREBY ORDERED that Defendant Minnesota Life Insurance Company shall respond to Plaintiff's First Amended Complaint on or before July 2, 2012.

Dated: June 18, 2012

/s/ John A. Mendez
The Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MINNESOTA LIFE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com