1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA SEXTON,<br><br>           Plaintiff,<br><br>vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY; SUNGARD DATA SYSTEMS, INC.; and DOES 1 through 10, inclusive,<br><br>           Defendants. | No.: 2:12-CV-00736-JAM-EFB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MINNESOTA LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>The Honorable John A. Mendez<br><br>Compl. Filed:  March 21, 2012<br>FAC Filed:  June 1, 2012<br>Trial Date:    None set |

– 1 –

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MINNESOTA LIFE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

Upon due consideration of the parties' Stipulation to Extend Time for Defendant Minnesota Life Insurance Company to Respond to Plaintiff's First Amended Complaint and finding good cause therefore,

IT IS HEREBY ORDERED that Defendant Minnesota Life Insurance Company shall respond to Plaintiff's First Amended Complaint on or before July 16, 2012.

Dated:  7/2/2012

/s/ John A. Mendez_____
The Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com